# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **1 BIG RED, LLC,** | ) | Case No. 21-20044 |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| **DARCY D. WILLIAMSON, CHAPTER 7 TRUSTEE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. <u>23-06003</u> |
| | ) | |
| **PRIME REAL ESTATE DEVELOPMENT LLC, METROPOLITAN HOUSING DEVELOPMENT CORP, and BRADLEY HENRICHS** | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT OF PARTIES' PLANNING MEETING
(Held pursuant to Fed. R. Civ. P. 26(f))

1. Pursuant to Fed. R. Civ. P. 26(f), a Parties Planning Meeting was held on _____ and was attended by:

| | Name | Address and Phone | Party Represented |
|---|---|---|---|
| a. | Andrea Chase | 1000 Walnut St., Suite 1400<br>Kansas City, MO 64106<br>(816) 474-8100 | Trustee |
| b. | Ryan A. Blay | 15095 W 116th Street,<br>Olathe, KS 66062<br>(913) 422-0909 | Prime Real Estate Development, LLC; Metropolitan Housing Development Corp.; Bradley Henrichs |

2. Nature of Complaint or Matter: This adversary proceeding seeks to avoid certain fraudulent and preferential transfers. It also seeks to disallow certain claims, as well as for turnover, and unjust enrichment/quantum meruit.

3. Pre-Discovery Disclosures: The initial disclosures specified in Fed. R. Civ. P. 26(a)(1) shall not be required.

4. All pre-trial discovery will be commenced in time to be completed by **December 18, 2023**.

5. Designation of and reports from retained experts under Rule 26(a)(2) shall be due from Plaintiff by **October 23, 2023**, from Defendants by **November 22, 2023,** and designation rebuttal experts and reports therefrom shall be due **December 11, 2023**. All expert discovery shall be completed by **December 18, 2023**.

6. Plaintiff shall prepare and submit a Pretrial Order not later than **seven (7) days prior to the trial date**. Final lists of witnesses and exhibits under Fed. R. Civ. P. 25(a)(3) shall be due from both parties by the same date and shall be submitted with the Pretrial Order.

7. Any motion for leave to join additional parties or to otherwise amend the pleadings shall be filed by **August 31, 2023**.

8. All dispositive motions shall be filed by **January 22, 2024**.

9. The likelihood of settlement is unknown at this time.

10. The parties believe that Alternative Dispute Resolution might be helpful.

11. This case can be ready for trial not later than **March 27, 2024** and is expected to take **2-4** day(s).

12. Special issues: none

13. The parties consent to trial and entry of a final order by the bankruptcy judge.

14. The parties consent to canceling the Scheduling Conference.

Approval signatures of all counsel and any self-represented party:

SPENCER FANE LLP

By: */s/ Andrea M. Chase*
Eric L. Johnson KS #20542
Andrea M. Chase KS #26307
1000 Walnut St., Suite 1400
Kansas City, Missouri 64106-2140
Phone: 816-474-8100
Facsimile: 816-474-3216
Email: ejohnson@spencerfane.com
achase@spencerfane.com

**Counsel for the Chapter 7 Trustee**

WM LAW

By: */s/ Ryan A. Blay*
Ryan A. Blay, KS #28110
15095 W 116th Street
Olathe, KS 66062
Phone: (913) 422-0909
blay@wagonergroup.com

**Attorney for Prime Real Estate Development, LLC; Metropolitan Housing Development Corp.; and Bradley Henrichs**