**Form oFRCP26AP**  (Revised 04/05/2006)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

In Re:  1 Big Red, LLC                                        Case No.: 21–20044
Debtor                                                        Chapter 7

Williamson v. Prime Real Estate Development LLC et al         Adv. Proc. No. 23–06003

| Entered By The Court 3/31/23 | ORDER ADOPTING REPORT OF PARTIES' PLANNING MEETING | **Filed By The Court** <br> **3/31/23** <br> **David D. Zimmerman** <br> **Clerk of Court** <br> **US Bankruptcy Court** |
| --- | --- | --- |

The following pleading was filed in this matter. The Court finds same to be appropriate for this matter and the schedule set forth in the Report is hereby adopted as an order of this Court.

*1* – Adversary case 23–06003. Complaint by Andrea Chase, Eric L. Johnson on behalf of Darcy Williamson against Prime Real Estate Development LLC, Metropolitan Housing Development Corp., Bradley Henrichs. Fee Amount $350 Nature(s) of Suit: (13 (Recovery of money/property – 548 fraudulent transfer)),(12 (Recovery of money/property – 547 preference)),(14 (Recovery of money/property – other)), (Attachments: # 1 Adversary Cover Sheet) (Johnson, Eric) Modified to show the nature of suit values checked on the AP cover sheet on 1/17/2023 (kcm).

**The Pretrial Order, if required, shall be submitted by the date set forth in the Report, failing which, the parties will be required to appear at a Status Conference .**

It is so ORDERED.

Document 17 – 1                                              s/ Robert D. Berger
                                                            United States Bankruptcy Judge