The relief described hereinbelow is SO ORDERED.

SIGNED this 21st day of December, 2023.



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **1 BIG RED, LLC,** | ) | **Case No. 21-20044** |
| | ) | |
| | ) | |
| | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **DARCY D. WILLIAMSON, CHAPTER 7 TRUSTEE,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Adv. No. 23-06003** |
| | ) | |
| **PRIME REAL ESTATE DEVELOPMENT LLC, METROPOLITAN HOUSING DEVELOPMENT CORP., and BRADLEY HENRICHS** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPROVING MOTION TO STAY OR EXTEND DEADLINES

This matter comes before the Court upon the Motion of Darcy D. Williamson, Chapter 7 Trustee, by and through counsel, to Stay or Extend Deadlines pertaining to the Report of Parties' Planning Meeting filed on March 31, 2023. [ECF 16]. Under the Report, the deadlines were as follows:

A.  All pre-trial discovery will be completed by December 18, 2023;

B.  All expert discovery shall be completed by December 18, 2023; and

C.  All dispositive motions shall be filed by January 22, 2024.

Counsel for the Defendants has no objection to the Motion to Stay or Extend Deadlines. The Court, after reviewing the Motion, finds that the Motion is warranted. As such, the above-referenced deadlines are extended to:

A.  All pre-trial discovery will be completed by February 16, 2024;

B.  All expert discovery will be completed by February 16, 2024; and

C.  All dispositive motions shall be filed by March 22, 2024.

IT IS THEREFORE ORDERED that the Motion is hereby granted.

### ###

Submitted by:

SPENCER FANE LLP

By: */s/   Andrea M. Chase*

Eric L. Johnson                           KS #20542
Andrea M. Chase                        KS #26307
1000 Walnut St., Suite 1400
Kansas City, Missouri  64106-2140
Phone: 816-474-8100
Facsimile: 816-474-3216
Email: ejohnson@spencerfane.com
            achase@spencerfane.com

Counsel to the Chapter 7 Trustee